*#704939   #128885*

FILED
2010 SEP 23 PM 3: 37
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE # 08-33429 W |
| | | CHAPTER 13 |
| | * | |
| Danford, Brian D | | |
| Debtor | * | |

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. The name(s) of the person(s) to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 669039 | CCO Mortgage<br>10561 Telegraph Rd<br>Glen Allen, VA  23059 | 179.80 | 5/28/10 |

2. Your trustee's check #704939 for a total of $179.80 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 09/21/10

John P. Gustafson
Trustee in Bankruptcy